# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

UNITED STATES OF AMERICA,                  Criminal No. 11-377 (RHK/AJB)

Plaintiff,                            **ORDER**

v.

LAMARCO TREASE BELL,

Defendant.

___

Before the Court are Defendant's Objections to the February 6, 2012 Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan, in which Judge Boylan has recommended the denial of Defendant's Motion to Suppress Evidence as a Result of Search and Seizure be denied.

The undersigned has conducted a de novo review of the Report and Recommendation, and Defendant's Objections thereto. Based upon that review and upon all the files, records, and proceedings herein, **IT IS ORDERED:**

1. Defendant's Objections (Doc. No. 40) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 33) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 22) is **DENIED**.

Dated: March 26, 2012

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge